IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 30 P 4:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LLOYD PEACOCK, ) | |
| ) | |
| Plaintiff, ) | C. A. No. 04-10891-DPW |
| ) | |
| v. ) | |
| ) | |
| TECOMET, INC., a subsidiary of ) | |
| VIASYS HEALTHCARE, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S ASSENTED-TO MOTION TO ADMIT
### EDWARD S. MAZUREK AND SHARRI H. HOROWITZ PRO HAC VICE

Defendant, Tecomet, Inc. ("Tecomet"), through the undersigned counsel, moves the Court, with the Plaintiff, Lloyd Peacock, to admit Edward S. Mazurek, Esquire and Sharri H. Horowitz, Esquire *pro hac vice* for purposes of the above-captioned matter pursuant to Local Rule 83.5.3(b). As grounds for this motion, Tecomet states:

1. The undersigned counsel is a partner at Todd & Weld LLP, is a member in good standing of the Bar of the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States Supreme Court. He will be acting as local counsel in this action.

2. Edward S. Mazurek, Esquire and Sharri H. Horowitz, Esquire are attorneys with the law firm of Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA and are lead counsel representing the Defendant in this action.

3. As shown by their previously filed affidavits, (i) Mr. Mazurek and Ms. Horowitz are members in good standing in every jurisdiction where they have been

admitted to practice, (ii) there are no disciplinary proceedings pending against either of them as members of the bar in any jurisdiction, and (iii) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.   Counsel for Plaintiff has assented to this Motion.

5.   The filing fee of $150.00 has been paid this day with the Clerk.

WHEREFORE, Defendant, Tecomet, Inc., respectfully requests an Order admitting attorneys Edward S. Mazurek and Sharri H. Horowitz *pro hac vice*.

TECOMET, INC.

By its attorneys,

Christopher R. O'Hara
(BBO # 548611)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: June 30, 2004

## RULE 7.1 CERTIFICATE OF CONFERENCE OF COUNSEL

Pursuant to United States District Court Local Rule 7.1, I hereby certify that Sharri H. Horowitz conferred with Counsel for Plaintiff, Lloyd Peacock, Robert O. Berger, Esquire on Monday, June 28, 2004, regarding Defendant's Motion to Admit Edward S. Mazurek, Esquire and Sharri H. Horowitz, Esquire Pro Hac Vice and he confirmed that this Plaintiff assents to this Motion.

Signed under the penalties of perjury on this 30th day of June, 2004.

_____
Christopher R. O'Hara

## CERTIFICATE OF SERVICE

I, Christopher R. O'Hara, hereby certify that a true copy of the Defendant's Motion to Admit Edward S. Mazurek, Esquire and Sharri H. Horowitz, Esquire Pro Hac Vice was served by mail, on this 30th day of June, 2004 upon the following counsel of record:

> Robert O. Berger, Esquire
> The Law Offices of Robert O. Berger
> 11 Beacon Street
> Suite 1210
> Boston, MA 02108
> ROBerger.atty@verizon.net

Signed under the penalties of perjury on this 30th day of June, 2004.

_____
Christopher R. O'Hara