IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK, ) | |
| ) | C.A. No. 04-10891-DPW |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TECOMET, INC., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SHARRI H. HOROWITZ, ESQUIRE

I, Sharri H. Horowitz, Esquire, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), and I have personal knowledge of the facts and matters stated herein. I make this affidavit pursuant to Local Rule 83.5.3(b).

2. I am admitted to practice before, and a member of, the Maryland and New Jersey Bars and the United States District Court for the District of New Jersey. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I have been admitted to practice or in any other jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY ON THIS 29th DAY OF JUNE, 2004.

Sharri H. Horowitz