SCANNED
DATE: 07/02/04
BY: Sky

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br><br>        Plaintiff,<br><br>v.<br><br>TECOMET, INC.,<br><br>        Defendants. | C.A. No. 04-10891 DPW |

### AFFIDAVIT OF EDWARD S. MAZUREK, ESQUIRE

I, Edward S. Mazurek, Esquire, being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), and I have personal knowledge of the facts and matters stated herein. I make this affidavit pursuant to Local Rule 83.5.3(b).

2. I am a member of the Bar of Pennsylvania and am in good standing in every jurisdiction where I have been admitted to practice, including the United States District Court for the Eastern District of Pennsylvania.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I have been admitted to practice or in any other jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY ON THIS 29th DAY OF JUNE, 2004.

                                                Edward S. Mazurek