IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 30 P 4: 42

|  |  |
|---|---|
| LLOYD PEACOCK, ) | |
| ) | |
| Plaintiff, ) | C. A. No. 04-10891-DPW |
| ) | |
| v. ) | |
| ) | |
| TECOMET, INC., a subsidiary of ) | |
| VIASYS HEALTHCARE, INC., ) | |
| ) | |
| Defendant. ) | |

US DISTRICT COURT
DIST. OF MASS.

### ASSENTED-TO MOTION FOR EXTENSION OF TIME
### TO MOVE, PLEAD OR OTHERWISE RESPOND TO THE COMPLAINT

The Defendant Tecomet, Inc., a subsidiary of Viasys Healthcare, Inc. ("Tecomet"), with the assent of Plaintiff, Lloyd Peacock, by and between counsel, move the court to enlarge the time in which Tecomet may move, plead, or otherwise respond to the Complaint to and including September 3, 2004 in this action. As grounds for this assented-to motion, Tecomet states that additional time is necessary to review the allegations raised in the complaint.

| LLOYD PEACOCK | TECOMET, INC., a subsidiary of VIASYS HEALTHCARE, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Robt. O. Berger /CROH w/ permission | /s/ Edward S. Mazurek /CROH w/ permission |
| Robert O. Berger, III, Esquire | Edward S. Mazurek, Esquire (pro hac vice) |
| LAW OFFICES Of ROBERT O. BERGER | Sharri H. Horowitz, Esquire (pro hac vice) |
| 11 Beacon Street | MORGAN, LEWIS & BOCKIUS LLP |
| Suite 1210 | 1701 Market Street |
| Boston, Massachusetts 02108 | Philadelphia, PA 19103 |
| (617) 423-7575 | (215) 963-5028 |

_____
Christopher R. O'Hara, Esquire
(BBO # 548611)
TODD & WELD, LLP
28 State Street, 31st floor
Boston, MA  02109
(617) 720-2626


Dated: June 30, 2004


**APPROVED AND SO ORDERED THIS ____ DAY OF JULY, 2004.**


_____
**Woodlock, J.**
**United States District Court**