# UNITED STATES DISTRICT COURT

For the    District of    Massachusetts

LLOYD PEACOCK

V.

TECOMET, a subsidiary of
VIASYS HEALTHCARE, INC.

**SUMMONS IN A CIVIL CASE**

# 04 10891 DPW

CASE NUMBER:

TO: (Name and address of Defendant)

Viasys Healthcare, Inc.
227 Washington Street, Suite 200
Conshohocken, PA 09428

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAY 05 2004

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/04 |
| NAME OF SERVER (PRINT) Robert O. Berger | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt attached on foreign corporation

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/04
    Date

Signature of Server: Rob. O. B~

Address of Server: 100 Beacon St, Suite 1210, Boston, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.