UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LLOYD PEACOCK,

          Plaintiff

v.

TECOMET, a subsidiary of VIASYS
HEALTHCARE, INC.,

          Defendant

CIVIL ACTION NO. 04-10891-DPW

## NOTICE OF APPEARANCE

Please enter the appearance of Rebecca J. Wilson of the firm of Peabody & Arnold LLP

as successor counsel for Defendant, Tecomet, a subsidiary of Viasys Healthcare, Inc. in the

above-captioned matter..

Respectfully submitted,

TECOMET, a subsidiary of VIASYS
HEALTHCARE, INC.

By its attorneys,

/s/ Rebecca J. Wilson

Rebecca J. Wilson, BBO #529980
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Dated:October 15,2004