UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br>           Plaintiff<br><br>v.<br><br>TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.,<br>           Defendant | CIVIL ACTION NO. 04-10891-DPW |

**NOTICE OF APPEARANCE**

Please enter the appearance of Elizabeth A. Houlding of the firm of Peabody & Arnold LLP as counsel for Defendant, Tecomet, a subsidiary of Viasys Healthcare, Inc., in the above-captioned matter.

                                      Respectfully submitted,

                                      TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.

                                      By its attorneys,

                                      /s/ Elizabeth A. Houlding

                                      Elizabeth A. Houlding, BBO #645981
                                      Peabody & Arnold LLP
                                      30 Rowes Wharf
                                      Boston, MA 02110
                                      (617) 951-2100

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: Oct. 15, 2004
           E. Houlding

Dated: October 15, 2004

PABOS2:EHOULDI:599455_1