UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LLOYD PEACOCK,
                    Plaintiff

v.                                                    CIVIL ACTION NO. 04-10891-DPW

TECOMET, a subsidiary of VIASYS
HEALTHCARE, INC.,
                    Defendant

## LOCAL RULE 16.1 STATEMENT OF DEFENDANT

Pursuant to Local Rule 16.1 of the United State District Court for the District of

Massachusetts and this Court's September 7, 2004 Notice of Scheduling Conference, the

defendant to this action hereby submits the following statement.

1.      **Proposed Pre-Trial Plan**

Counsel for the parties have conferred but have not yet agreed to a discovery schedule.

The plaintiff proposes the following schedule for discovery and anticipated motions:

A.      Plaintiff's Proposed Pretrial Schedule

By separate submission, the plaintiff proposes the following schedule:

| Activity | Date |
|---|---|
| Written discovery completed | Within 90 days |
| All other discovery completed | Within 180 days |
| All dispositive motions filed | Within 200 days |

B.    Defendant's Proposed Pretrial Schedule

The defendant proposes the following schedule:

| Activity | Date |
|---|---|
| Federal R. Civ. P. 26(a) Disclosures | November 9, 2004 (within 21 days of October 19, 2004 scheduling conference) |
| Written Discovery Completed | February 15, 2005 |
| Non-Expert Depositions Completed and Plaintiff's Expert Disclosures, if any | May 16, 2005 |
| Defendant's Expert Disclosures, if any | June 15, 2005 |
| Expert Depositions Completed | July 15, 2005 |
| Summary Judgment Motions | Filed by August 15, 2005 |
| Opposition to Summary Judgment Motion | Filed within 21 days of service of Motion |
| Reply to Opposition | Filed within 14 days of service of Opposition |
| Surreply | Filed within 10 days of service of Reply |
| Pretrial Conference | At the Court's discretion |
| Trial | As the Court's calendar permits |

2.    **Certifications**

Counsel for the defendant will file under separate cover the required certification signed by counsel and an authorized representative of the defendant regarding establishing a budget and alternative dispute resolution.

3.    **Magistrate**

The defendant assents to the assignment of this matter to a Magistrate Judge.

Respectfully submitted,

TECOMET, a subsidiary of VIASYS
HEALTHCARE, INC.

By its attorneys,

/s/ Elizabeth A. Houlding

Rebecca J. Wilson, BBO #529980
Elizabeth A. Houlding, BBO #645981
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Dated: October 15, 2004

PABOS2:EHOULDI:599444_1

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing
pleading on all parties by mailing same, postage
prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: ___Oct. 15, 2004___
___E A Houlding___

3