IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LLOYD PEACOCK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TECOMET, INC., a subsidiary of<br>VIASYS HEALTHCARE, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)　C. A. No. 04-10891 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF CHRISTOPHER R. O'HARA AND TODD & WELD, LLP AS COUNSEL FOR TECOMET, INC.

Pursuant to U.S. District Court Local Rule 83.5.2, Christopher R. O'Hara and Todd & Weld, LLP hereby give notice of withdrawal as counsel for Tecomet, Inc. in the above-captioned action. As grounds for this notice of withdrawal, (i) Tecomet, Inc. is now being represented by Rebecca J. Wilson of Peabody & Arnold; (ii) there are no motions pending before the court; (iii) no trial date has been set; and (iv) the scheduling conference set for October 19 will be covered by Peabody & Arnold and, accordingly, Todd & Weld, LLP is no longer needed to serve as Tecomet, Inc.'s local counsel.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/ Christopher R. O'Hara
　　　　　　　　　　　　　　　　Christopher R. O'Hara, Esq. BBO# 548611
　　　　　　　　　　　　　　　　TODD & WELD, LLP
　　　　　　　　　　　　　　　　28 State Street, 31st floor
　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　(617) 720-2626