UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br>         Plaintiff<br><br>v.<br><br>TECOMET INC., a subsidiary of VIASYS<br>HEALTHCARE INC.,<br>         Defendant | CIVIL ACTION NO. 04-10891 DPW |

LOCAL RULE 16.1 CERTIFICATION BY THE DEFENDANT TECOMET, A SUBSIDIARY
OF VIASYS HEALTHCARE, INC.

The Defendant, *Tecomet Inc., a subsidiary of VIASYS Healthcare Inc.,* and its counsel hereby certify to this Court that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

TECOMET INC, a subsidiary
of VIASYS HEALTHCARE INC.

By its attorneys,

_/s/ Matthew M. Bennett_
Defendant Tecomet Inc., a subsidiary
Of VIASYS Healthcare Inc.
By:   Matthew M. Bennett
        General Counsel
        Viasys Healthcare Inc.
        Vice-President
        Tecomet Inc.

_/s/ Rebecca J. Wilson_
Rebecca J. Wilson, Esquire BBO #529980
Elizabeth Houlding, Esquire BBO #645981
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100

599456_1