UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br>        Plaintiff<br><br>v.<br><br>TECOMET, INC., a subsidiary of VIASYS HEALTHCARE, INC.,<br>        Defendant | CIVIL ACTION NO. 04-10891 DPW |

CORPORATE DISCLOSURE STATEMENT OF TECOMET, INC.

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3, the Defendant, Tecomet, Inc., hereby discloses that it is wholly owned by VIASYS Healthcare, Inc.

                                                Respectfully submitted,

                                                TECOMET, INC.

                                                By its attorneys,


                                                /s/ Rebecca J. Wilson
                                                Rebecca J. Wilson, Esquire BBO #529980
                                                Elizabeth Houlding, Esquire BBO #645981
                                                Peabody & Arnold LLP
                                                30 Rowes Wharf
                                                Boston, MA 02110
                                                617-951-2100

Dated: October 18, 2004