UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10891-DPW

| | |
|---|---|
| LLOYD PEACOCK,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>)<br>) |
| TECOMET, a subsidiary of<br>VIASYS HEALTHCARE, INC.,<br>Defendant | )<br>)<br>)<br>) |

## PLAINTIFF'S DISCOVERY STATEMENT

1) All written discovery will be completed within ninety days.

2) All other discovering will be completed within one hundred and eighty days.

3) All dispositive motions will be filed within two hundred days.

Defendant has new counsel who will separately file.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/15/04

Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel: 617-423-7575
BBO No. 03890
Attorney for Plaintiff

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 15 P 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-10891-DPW

LLOYD PEACOCK, )
Plaintiff )
)
v. )
)
)
TECOMET, a subsidiary of )
VIASYS HEALTHCARE, INC., )
Defendant )

## CERTIFICATE

This is to affirm that Plaintiff and Plaintiff's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

Signed By:

*Lloyd Peacock*
Lloyd Peacock

*Robert O. Berger*
Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel: 617-423-7575
BBO No. 03890

1