IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TECOMET, INC., a subsidiary of )<br>VIASYS HEALTHCARE, INC., )<br>)<br>Defendant. )<br>) | C. A. No. 04-10891 DPW |

### NOTICE OF WITHDRAWAL OF EDWARD S. MAZUREK AND SHARRI H. HOROWITZ, AND MORGAN, LEWIS & BOCKIUS LLP AS COUNSEL FOR TECOMET, INC.

Pursuant to United States District Court Local Rule 83.5.2, Edward S. Mazurek, Sharri H. Horowitz, and Morgan, Lewis & Bockius LLP hereby give notice of withdrawal as counsel for Tecomet, Inc. in the above-captioned action. As grounds for this notice of withdrawal, (i) Rebecca J. Wilson of Peabody & Arnold now represents Tecomet, Inc.; (ii) there are no motions pending for the court; (iii) no trial date has been set; and (iv) the scheduling conference of October 19, 2004 will be covered by Peabody & Arnold. Accordingly, Morgan, Lewis & Bockius LLP is no longer needed to serve as Tecomet, Inc.'s defense counsel.

Respectfully submitted,

Dated: October 18, 2004

_____
Edward S. Mazurek, Esquire
*Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000


_____
Sharri H. Horowitz, Esqurie
*Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000

Attorneys for Defendant

1-PH/2104554.1