UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br>           Plaintiff<br><br>v.<br><br>TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.,<br>           Defendant | CIVIL ACTION NO. 04-10891-DPW |

### DEFENDANT'S INITIAL DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 26(a)(1), the defendant, Tecomet, Inc. ("Tecomet"), makes the following initial disclosures. The defendant reserves the right to supplement this disclosure as provided for by Fed. R. Civ. P. 26(e).

**A.  Individuals Likely to Have Discoverable Information (Rule 26(a)(1)(A))**

The following individuals are likely to have discoverable information that the defendant may use to support its claims and defenses. In identifying the following individuals, the defendant does not intend to waive any otherwise applicable privileges.

- Richard Horrigan (former President of Tecomet and Thermedics)
  11 Carr Hill Road
  Windham, NH 03087

- Stewart Aronson (former Director of Operational Services of Tecomet)
  Last Known Address:
  33 Fieldstone Estates
  Newmarket, NH 03857

- Joseph Buturlia, Vice President and General Manager
  Tecomet, Inc.
  115 Eames Street
  Wilmington, MA 01887

- Robert Lynch
  <u>Last Known Address:</u>
  R&D and General Manager
  Tecomet, Inc.
  170 New Boston Street
  Woburn, MA 01801

- Joseph DiMascio (former Director of Operations of Tecomet)
  <u>Last Known Address:</u>
  5 Crestwood Road
  North Reading, MA 01864

- Michael Virusso
  Quality Control Manager
  Tecomet, Inc.
  170 New Boston Street
  Woburn, MA 01801

- Barry Luftig (former Director of Safety, Health, Environmental and Quality Control of Tecomet)
  <u>Last Known Address:</u>
  29 Whispering Brook Road
  Marlborough, MA 01752

- Gayle Greenough
  Human Resources Manager
  Tecomet, Inc.
  115 Eames Street
  Wilmington, MA 01887

**B.   Description and Location of Documents and Things (Rule 26(a)(1)(B))**

The defendant and/or its counsel have custody and/or control of Tecomet records relating to the plaintiff's employment with Tecomet, including personnel records, correspondence, memoranda, and reports, which the defendant may use to support its claims or defenses. In addition to this description, the defendant will provide copies of these materials forthwith.

2

C.  **Computation of Damages (Rule 26(a)(1)(C))**

Inapplicable. The defendant is not claiming any damages at this time.

D.  **Insurance (Rule 26(a)(1)(D))**

The defendant will produce the applicable insurance agreement forthwith.

The defendant reserves its right to supplement and amend this Initial Disclosure Statement.

> Respectfully submitted,
>
> TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.
>
> By its attorneys,
>
> /s/ Elizabeth A. Houlding
> _____
> Rebecca J. Wilson, BBO #529980
> Elizabeth A. Houlding, BBO #645981
> Peabody & Arnold LLP
> 30 Rowes Wharf
> Boston, MA  02110
> (617) 951-2100

Dated:  November 9, 2004

PABOS2:EHOULDI:601122_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2004, I served the foregoing document by causing a copy of the same to be mailed, postage prepaid to:

Robert O. Berger, III
Law Office of Robert O. Berger
11 Beacon Street
Suite 1210
Boston, MA 02108

/s/ Elizabeth A. Houlding
_____
Elizabeth A. Houlding

PABOS2:EHOULDI:601122_1