UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10891-DPW

|  |  |
|---|---|
| LLOYD PEACOCK,<br>  Plaintiff<br><br>v.<br><br>TECOMET, a subsidiary of<br>VIASYS HEALTHCARE, INC.,<br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S INITIAL DISCLOSURE STATEMENT

A)  Individuals likely to have discoverable information: Lloyd Peacock, who resides at 8559 East Neville Street, Mesa, AZ. 85208. Richard Horrigan, Stewart Aronson, Joseph Buturlia, Robert Lynch, Joseph DiMascio, Michael Virusso, Barry Luftig, Gayle Greenough, as they are present or past employees or officers of Tecomet, a subsidiary of Viasys Healthcare, Inc., is a duly incorporated Delaware corporation with a principal place of business at 227 Washington Street, Suite 200, Conshohocken, PA 09428.

B)  Description of Location of Documents and Things. Many have already been disclosed in administrative proceedings and others will be produced by photocopy.

C)  Computation of Damages. Past lost wages and benefits of 1.2 million dollars; emotional distress of .8 million dollars; attorney fees at fair and reasonable rate for matter to be determined if claim is successful.

1

D)  Insurance. N/A.

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 11/9/04
Rob O.

Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel: 617-423-7575
BBO No. 03890
Attorney for Plaintiff