UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br>    Plaintiff<br><br>v.<br><br>TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.,<br>    Defendant | CIVIL ACTION NO. 04-10891-DPW |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

The parties hereby jointly move that the Scheduling Order in this matter be extended by sixty (60) days. Grounds for this Motion are as follows:

1. This is an employment discrimination matter in which the plaintiff, Lloyd Peacock, alleges he was unlawfully terminated on the basis of his age by his employer, Tecomet, on July 12, 2002.

2. Under the current Scheduling Order, fact discovery is to be completed in this matter by April 15, 2005. A copy of the Scheduling Order is attached hereto at Tab 1.

3. The plaintiff lives in Arizona. The defendant has served written discovery, and expects to receive plaintiff's responses within the next two days. There has been some delay in written discovery due to the plaintiff living out-of-state, and the scheduling conflicts of counsel, which counsel for the parties have worked to resolve. At the time the parties proposed dates for the initial Scheduling Order in this matter, they believed discovery could be completed by April 15, 2005. However, the challenges posed by an out-of-state plaintiff have caused discovery to take longer than originally thought.

4. The plaintiff's deposition is scheduled for the week of April 11, 2005 in Boston. Due to the need for the plaintiff to travel from Arizona to Massachusetts for the deposition, the parties are concerned that, if Mr. Peacock's travel is delayed, the deposition may need to be continued until after April 15, 2005.

5. The plaintiff has noticed the depositions of three individuals who are employees and former employees of the defendant. One of those individuals, Stuart Aronson, no longer works at Tecomet and resides in New Hampshire. The defendant requires time to determine whether Mr. Aronson will agree to appear for a deposition, whether defense counsel will represent him at his deposition, and to make appropriate arrangements for the deposition. It is possible that these arrangements will not be completed by April 15, 2005.

6. Once the plaintiff has responded to written discovery and completed his deposition, both parties may require additional depositions of non-party witnesses who reside out-of-state, and the parties will require time beyond April 15, 2005 to take such depositions.

Given these discovery-related issues, the parties request that the Scheduling Order be extended by sixty (60) days to allow the parties to complete the remaining fact discovery, and that the following dates be adopted:

(i) All trial experts to be designated and disclosure of information contemplated by FRCP 26 provided by the plaintiff no later than June 15, 2005, and by the defendant no later than July 18, 2005. Depositions of experts to be completed by August 18, 2005.

(ii) Discovery to be completed by June 15, 2005.

    (iii)    Motions for summary judgment to be filed by September 15, 2005, with responses to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1.

    (iv)    The currently scheduled status conference of August 16, 2005 to be continued until October 17, 2005 or a date thereafter at the Court's convenience.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| LLOYD PEACOCK, | TECOMET, a subsidiary of VIASYS HEALTHCARE, INC. |
| By his attorneys, | By its attorneys, |
| /s/ Robert O. Berger<br>Robert O. Berger, BBO# 03890<br>11 Beacon Street<br>Suite 1210<br>Boston, MA 02108<br>(617) 423-7575 | /s/ Rebecca J. Wilson<br>Rebecca J. Wilson, BBO #529980<br>Peabody & Arnold LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

Dated: 04/05/05

611825_1
14210-91009