UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br><br>             Plaintiff<br><br>v.<br><br>TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.,<br><br>             Defendant | CIVIL ACTION NO. 04-10891-DPW |

**JOINT REQUEST FOR REFERRAL TO MEDIATION**

On August 16, 2005, counsel for the parties appeared for a 2:30 p.m. Scheduling Conference in this matter (as set forth in the initial Scheduling Order dated October 19, 2004/Docket Entry # 25). The conference was not held, as the courtroom was closed. The parties wished to inform the Court at the conference that they have agreed to mediate this case through the District Court mediation service. On July 5, 2005, counsel for the plaintiff filed a letter requesting a referral of the case to mediation. The defendant is in agreement with that request.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| LLOYD PEACOCK | TECOMET, a subsidiary of VIASYS HEALTHCARE, INC. |
| By his attorney, | By its attorneys, |
| /s/Robert O. Berger, III | /s/Elizabeth A. Houlding |
| Robert O. Berger, III, BBO #03890<br>Law Office of Robert O. Berger<br>11 Beacon Street<br>Suite 1210<br>Boston, MA 02108<br>(617) 423-7575 | Rebecca J. Wilson, BBO #529980<br>Elizabeth A. Houlding, BBO #645981<br>Peabody & Arnold LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

Dated: August 17, 2005

620856_1