UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LLOYD PEACOCK,**
    **Plaintiff,**

v.                                         **CIVIL ACTION**
                                                  **NO.04-10891-DPW**

**TECOMET, a subsidiary**
**of Viasys Healthcare, Inc.,**
    **Defendant.**


## ORDER OF REFERRAL TO ADR PROGRAM

**WOODLOCK, D.J.**

    The above captioned matter is referred for mediation with the Court's ADR program.

    Upon the conclusion of mediation, the parties shall advise the Court as to the status (i.e., whether the case has settled or not).

    The parties shall contact the ADR coordinator to arrange for mediation to be scheduled as soon as possible.

                                                                         By the Court,

                                                                         /s/ Michelle Rynne
**DATED: August 22, 2005**                               Deputy Clerk