UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br>            Plaintiff<br><br>v.<br><br>TECOMET, a subsidiary of VIASYS<br>HEALTHCARE, INC.,<br>            Defendant | CIVIL ACTION NO. 04-10891-DPW |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND
SUMMARY JUDGMENT DEADLINE**

The defendant, Tecomet, Inc. ("Tecomet"), hereby moves for an extension of the deadline for the filing of summary judgment motions by sixty (60) days from the date of mediation of this matter. The plaintiff assents to the filing of this motion and does not object to this request for an extension of time. Grounds for the motion are set forth below.

      1.      On August 22, 2005, the Court assigned this matter to mediation. No date for the mediation has been assigned at this time.

      2.      If this matter is not resolved through mediation, Tecomet may wish to file a motion for summary judgment. The current deadline for the filing of Rule 56 motions is September 15, 2005. Given the respective schedules of counsel for the parties, it is unlikely that a mediation can be scheduled to take place before September 15th.

      3.      Even if the mediation could be scheduled to take place before the current Rule 56 deadline, counsel for the defendant will require time to draft the dispositive motion. In order to conserve resources and focus on the mediation, the defendant does not wish to incur the expense

of the summary judgment motion if such a motion is not necessary and if those resources are better spent on mediation and possible settlement of this matter.

    4.    Tecomet therefore requests that, if mediation is unsuccessful, it be allowed to submit a summary judgment motion no later than sixty (60) days after the mediation date.

    5.    The plaintiff does not object to this request for an extension of time, and no party will be prejudiced by this extension of time.

WHEREFORE, the defendant respectfully requests that the Court allow this Motion and extend the date for the filing of Rule 56 motions until sixty (60) days after the mediation of this matter.

Respectfully submitted,

TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.

By its attorneys,

/s/ Elizabeth A. Houlding
_____
Rebecca J. Wilson, BBO #529980
Elizabeth A. Houlding, BBO #645981
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Assented to by
Plaintiff,

LLOYD PEACOCK
by his attorneys

**/s/ Robert O. Berger**
Robert O. Berger
BBO #038902
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2005, I served the foregoing document by causing a copy of the same to be mailed, postage prepaid to:

Robert O. Berger, III
Law Office of Robert O. Berger
11 Beacon Street
Suite 1210
Boston, MA 02108

/s/ Elizabeth A. Houlding
_____
Elizabeth A. Houlding

PABOS2:EHOULDI:621735_1
14967-91295