UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LLOYD PEACOCK,<br><br>          Plaintiff<br><br>v.<br><br>TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.,<br><br>          Defendant | CIVIL ACTION NO. 04-10891-DPW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(ii), plaintiff, Lloyd Peacock, and defendant, Tecomet, a subsidiary of VIASYS Healthcare, Inc., hereby stipulate to the dismissal of this action with prejudice, without rights of appeal, and without costs to either party.


Respectfully submitted,

LLOYD PEACOCK,

By his attorneys,


/s/ Robert O. Berger_____
Robert O. Berger, BBO# 03890
11 Beacon Street
Suite 1210
Boston, MA 02108
(617) 423-7575


Dated:  11/11/05

Respectfully submitted,

TECOMET, a subsidiary of VIASYS HEALTHCARE, INC.

By its attorneys,


/s/ Elizabeth A. Houlding_____
Rebecca J. Wilson, BBO #529980
Elizabeth A. Houlding, BBO #645981
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

PABOS2:EHOULDI:624604_1
14967-91295