UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LLOYD PEACOCK,**

                **Plaintiff,**

                                                                              CIVIL NO. 04-10891-DPW

**TECOMET, a subsidiary of**
**VIASYS HEALTHCARE, INC.,**

                **Defendant,**

<u>REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION</u>

TO: JUDGE WOODLOCK

**SWARTWOOD, C.M.J.**

On <u>  October 12, 2005  </u> I held the following ADR proceeding:

    \_\_\_\_    **EARLY NEUTRAL EVALUATION**    <u>  X  </u>    **MEDIATION**
    \_\_\_\_    **MINI-TRIAL**    \_\_\_\_    **SUMMARY JURY TRIAL**
    \_\_\_\_    **SETTLEMENT CONFERENCE**

The parties were present in person or by an authorized corporate officer.

The case was:

( X )   Settled. Your clerk should enter a <u> 30 </u> day order of dismissal.
(   )   There was progress. A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(   )   Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive. This case should be restored to your trial list.


<u>**December 20, 2005**</u>                    <u>/s/ Charles B. Swartwood, III</u>
**Date**                                    **CHARLES B. SWARTWOOD, III, C.M.J.**